# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-04971-WMR
## Athlos, LLC v. 776 Starting Line, Inc.
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/29/2025.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 12:15 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta
COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

**ATTORNEY(S) PRESENT:** Ashley Alger representing 776 Starting Line, Inc.
Nicole Bergstrom representing 776 Starting Line, Inc.
Zachary Eyster representing Athlos, LLC
Robin Gentry representing Athlos, LLC
E. Righton Lewis representing 776 Starting Line, Inc.
Nicole Swanson representing 776 Starting Line, Inc.

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MOTIONS RULED ON:** [4]Motion for TRO DENIED

**MINUTE TEXT:** By Minute Order, the Court DENIES issuing the Order on the Motion for TRO [Doc 4]. The Court further Orders that parties submit a written order to chambers regarding Defendant not selling any products using Plaintiff's name at their events, in any way either on line or in person, until further order of the Court. Defendant also agreed in Court not to do so.